SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
FRED R. PUGLISI, Cal. Bar No. 121822
fpuglisi@sheppardmullin.com
JAMES J. MITTERMILLER, Cal. Bar No. 85177
jmittermiller@sheppardmullin.com
VALERIE E. ALTER, Cal. Bar No. 239905
valter@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6017
Telephone: 310-228-3700
Facsimile: 310-228-3701

Attorneys for Defendant,
SPRINT SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RUDOLPH THOMAS, Individually and on behalf of all others similarly situated,,

Plaintiff,

v.

SPRINT NEXTEL CORPORATION and SPRINT SOLUTIONS, INC., d/b/a SPRINT, SPRINT PCS and/or NEXTEL and DOES 1 - 50,

Defendants.

Case No. 3:08-cv-05119-TEH

**SECOND STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT**

[Complaint Filed: November 10, 2008]

Pursuant to Local Rule 6-1 ("*Parties may stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint, or to enlarge or shorten the time in matters not required to be filed or lodged with the Court, provided the change will not alter the date of any event or any deadline already fixed by Court order*.") plaintiff Rudolph Thomas and defendant Sprint Solutions, Inc., hereby stipulate:

1. To a seven (7)-day extension from January 7, 2009 to January 14, 2009 of the deadline for defendant Sprint Solutions, Inc. to answer or otherwise respond to the Complaint in this action; and

2. If defendant Sprint Solutions, Inc. moves to dismiss the Complaint rather than file an answer, plaintiff's time to oppose the motion to dismiss will be extended by seven (7) days, from February 2, 2009 to February 9, 2009.

Dated: January 6, 2009

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By // Fred R. Puglisi

FRED R. PUGLISI
Attorneys for Defendant
SPRINT SOLUTIONS, INC.

Dated: January 6, 2009

HAGENS, BERMAN SOBOL SHAPIRO LLP

By // Jeff D. Friedman

JEFF D. FRIEDMAN
Attorneys for Plaintiff
RUDOLPH THOMAS

