```
1   JEFF D. FRIEDMAN (173886)
    SHANA A. SCARLETT (217895)
2   HAGENS BERMAN SOBOL SHAPIRO LLP
    715 Hearst Avenue, Suite 202
3   Berkeley, California 94710
    Telephone:   (510) 725-3000
4   Facsimile:   (510) 725-3001
    jefff@hbsslaw.com
5   shanas@hbsslaw.com

6   Attorneys for Plaintiff

7   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
       A Limited Liability Partnership
8      Including Professional Corporations
    FRED R. PUGLISI, Cal. Bar No. 121822
9   fpuglisi@sheppardmullin.com
    VALERIE E. ALTER, Cal. Bar No. 239905
10  valter@sheppardmullin.com
    1901 Avenue of the Stars, Suite 1600
11  Los Angeles, California  90067-6017
    Telephone:   310-228-3700
12  Facsimile:   310-228-3701

13  Attorneys for Defendant
    SPRINT NEXTEL CORPORATION
14
    [Additional counsel listed after
15  signature pages]
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDOLPH THOMAS, Individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>     v.<br><br>SPRINT NEXTEL CORPORATION and SPRINT SOLUTIONS, INC., d/b/a SPRINT, SPRINT PCS and/or NEXTEL and DOES 1 - 50,<br><br>                    Defendants. | Case No. CV 08 5119 TEH<br><br>Honorable Thelton E. Henderson<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO DISMISS SPRINT NEXTEL CORPORATION**<br><br>[Fed. R. Civ. P. 41(a)]<br><br>[Complaint Filed: November 10, 2008] |

W02-WEST:1VEA2\401336441.1                     -1-

1         Whereas plaintiff Rudolph Thomas ("**Thomas**") has filed a complaint
2 against defendant Sprint Nextel Corporation ("**SNC**");

4         Whereas SNC has informed Thomas that there is no personal
5 jurisdiction over SNC in California and provided Thomas with evidence of that fact
6 in the form of a declaration, attached hereto as EXHIBIT A;

8         IT IS HEREBY STIPULATED AND AGREED by and between Thomas, on
9 the one hand, and SNC, on the other hand, through their respective counsel of record, that
10 the above-captioned action be dismissed without prejudice pursuant to Fed. R. Civ. P.
11 41(a)(2) as to SNC.

13 Dated: February 5, 2009

                    HAGENS, BERMAN SOBOL SHAPIRO LLP

                    By _____

                         JEFF D. FRIEDMAN
                         Attorneys for Plaintiff
                         RUDOLPH THOMAS

20 Dated: February 5, 2009

                    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                    By _____

                         FRED R. PUGLISI
                         Attorneys for Defendant
                         SPRINT SOLUTIONS, INC.

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2  Dated: February _6_, 2009

3

4  _____
   THE HONORABLE THELTON E. HENDERSON,
5  UNITED STATES DISTRICT JUDGE

6

7

8  Additional counsel:

9  STEVE W. BERMAN
   HAGENS BERMAN SOBOL SHAPIRO LLP
10 1301 Fifth Avenue, Suite 2900
   Seattle, Washington 98101
11 Telephone:  (206) 623-7292
   Facsimile:  (206) 623-0594
12 steve@hbsslaw.com

13 MEADE & SCHRAG LLP
   Tyler Meade (160838)
14 Michael Schrag (185832)
   MEADE & SCHRAG LLP
15 1816 Fifth Street
   Berkeley, CA 94710
16 Telephone:  (510) 843-3670
   Facsimile:  (510) 843-3679
17 tyler@meadeschrag.com
   michael@meadeschrag.com
18
   Attorneys for Plaintiff
19

20 SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
21    Including Professional Corporations
   JAMES J. MITTERMILLER, Cal. Bar No. 85177
22 jmittermiller@sheppardmullin.com
   FRANK J. POLEK, Cal. Bar No. 167852
23 fpolek@sheppardmullin.com
   501 West Broadway, 19th Floor
24 San Diego, California  92101-3598
   Telephone:  619-338-6500
25 Facsimile:  619-234-3815

26 Attorneys for Defendant
   SPRINT NEXTEL CORPORATION
27

28