Jeff D. Friedman (173886)
Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com
shanas@hbsslaw.com

Steve W. Berman (*Pro Hac Vice*)
Hagens Berman Sobol Shapiro LLP
1981 8th Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RUDOLPH THOMAS, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> SPRINT SOLUTIONS, INC. dba SPRINT, SPRINT PCS and/or NEXTEL, <br><br> Defendant. | No. 08-cv-05119 TEH <br><br> STIPULATION RE FILING OF FIRST AMENDED CLASS ACTION COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF <br><br> ACTION FILED: April 4, 2007 |

010082-11 349909 V1

1. WHEREAS Plaintiff filed the complaint in this action on November 10, 2008;

2. WHEREAS on January 14, 2009, Defendant answered the complaint;

3. WHEREAS on July 28, 2009, Defendant moved to stay this case, which Plaintiff opposed;

4. WHEREAS on September 2, 2009, this Court issued an Order Granting in Part and Denying in Part Motion to Stay Case;

5. WHEREAS on January 15, 2010, Plaintiff provided Defendant with a proposed First Amended Class Action Complaint for Damages and Injunctive Relief;

6. WHEREAS in the interests of efficiency and pursuant to Federal Rule of Civil Procedure 15(a)(2), Defendant hereby stipulates to the filing of the First Amended Class Action Complaint for Damages and Injunctive Relief, but reserves all rights to raise any defenses to this pleading via motion to dismiss or otherwise;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff and counsel for Defendant that:

1. Concurrently with the filing of this stipulation, Plaintiff will file with the Court the First Amended Class Action Complaint for Damages and Injunctive Relief;

2. The First Amended Class Action Complaint for Damages and Injunctive Relief is stayed pursuant to the Court's September 2, 2009 Order, except to the extent it is based on allegations that Sprint, unfairly, deceptively or unlawfully failed to disclose the late fees or impairment fees charged to customers. This stipulation is without prejudice to each party's right to present argument to the Court regarding the precise scope of the stay as it relates to new or amended allegations in the First Amended Complaint.

3. The deadline for Defendant to move to dismiss or otherwise respond to the First Amended Class Action Complaint for Damages and Injunctive Relief will be Monday, March 1, 2010; and

1 | 4. If Defendant moves to dismiss the First Amended Class Action Complaint for
2 | Damages and Injunctive Relief, it shall notice the hearing date for such a motion on or before
3 | Monday, April 5, 2010.

DATED this 27th day of January, 2010.

HAGENS BERMAN SOBOL SHAPIRO LLP


By     /s/ Jeff D. Friedman
        JEFF D. FRIEDMAN

Shana E. Scarlett (217895)
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com
shanas@hbsslaw.com

HAGENS BERMAN SOBOL SHAPIRO LLP
Steve W. Berman (*Pro Hac Vice*)
1918 8th Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

MEADE & SCHRAG LLP
Tyler Meade (160838)
Michael Schrag (185832)
1816 Fifth Street
Berkeley, CA 94710
Telephone: (510) 843-3670
Facsimile: (510) 843-3679
tyler@meadeschrag.com
michael@meadeschrag.com

Attorneys for Plaintiff and all others similarly situated

|     |                                                                                   |
| --- | --------------------------------------------------------------------------------- |
| 1   | SHEPPARD MULLIN, RICHTER & HAMPTON LLP                                            |
| 2   |                                                                                   |
| 3   | By _____/s/ Fred R. Puglisi_____<br>FRED R. PUGLISI                             |
| 4   | JAMES J. MITTERMILLER (85177)                                                     |
| 5   | FRANK J. POLEK (167852)<br>501 West Broadway, 19th Floor                          |
|     | San Diego, California 92101-3598                                                  |
| 6   | Telephone: (619) 338-6500<br>Facsimile: (619) 234-3815                            |
| 7   | fpuglisi@sheppardmullin.com<br>jmittermiller@sheppardmullin.com                   |
| 8   | fpolek@sheppardmullin.com                                                         |
| 9   | Attorneys for Defendant                                                           |
| 10  | SPRINT SOLUTIONS, INC.                                                            |

   I, Jeff D. Friedman, am the ECF User whose ID and password are being used to file this STIPULATION RE FILING OF FIRST AMENDED CLASS ACTION COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF. In compliance with General Order 45, X.B., I hereby attest that Fred R. Puglisi has concurred in this filing.



STIP. RE FILING OF FAC –
Case No.08-cv-05119 TEH
010082-11 349909 V1

- 3 -