1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2     Including Professional Corporations
   FRED R. PUGLISI, Cal. Bar No. 121822
3  fpuglisi@sheppardmullin.com
   VALERIE E. ALTER, Cal. Bar No. 239905
4  valter@sheppardmullin.com
   1901 Avenue of the Stars, Suite 1600
5  Los Angeles, California  90067-6017
   Telephone:   310-228-3700
6  Facsimile:    310-228-3701

7  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
8     Including Professional Corporations
   JAMES J. MITTERMILLER, Cal. Bar No. 85177
9  jmittermiller@sheppardmullin.com
   FRANK J. POLEK, Cal. Bar No. 167852
10 fpolek@sheppardmullin.com
   501 West Broadway, 19th Floor
11 San Diego, CA 92101
   Telephone:   619-338-6500
12 Facsimile:    619-234-3815

13 Attorneys for Defendant,
   SPRINT SOLUTIONS, INC.
14
                    UNITED STATES DISTRICT COURT
15
                   NORTHERN DISTRICT OF CALIFORNIA
16

| RUDOLPH THOMAS, Individually and on behalf of all others similarly situated,, | Case No. CV 08 5119 TEH |
|---|---|
| Plaintiff, | **STIPULATION & [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| SPRINT SOLUTIONS, INC., d/b/a SPRINT, SPRINT PCS and/or NEXTEL, | Dept:  12 |
| | Judge:  Hon. Thelton Henderson |
| Defendants. | [Complaint Filed:  November 10, 2008] |

W02-WEST:1ESB1\402943382.2                    -1-

# STIPULATION

WHEREAS, on June 9, 2010, the Court entered an order scheduling a case management conference on October 4, 2010 for control purposes, and ordered the parties to advise the Court in a stipulated request to continue the case management conference for not more than 120 days if the FCC matter has yet to be resolved by that date;

WHEREAS, the FCC matter has not yet been resolved as of the date of filing of this Stipulation;

The parties STIPULATE that the case management conference shall be continued to January 31, 2011 at 1:30 p.m., unless the FCC resolves the matter prior to that date, in which case the parties will contact the Court within two weeks of the FCC's ruling and request a case management conference with this Court within the earliest reasonable time frame.

Dated:  September 27, 2010

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


By        /s Fred R. Puglisi

FRED R. PUGLISI
Attorneys for Defendant
SPRINT SOLUTIONS, INC.

Dated:  September 27, 2010

        Hagens Berman Sobol Shapiro LLP

        By   /s Shana Scarlett

        Attorneys for Plaintiffs
     RUDOLPH THOMAS and ASHLEE SMITH

        [PROPOSED] ORDER

The Case Management Conference currently set for October 4, 2010 is continued to January 31, 2011 at 1:30 p.m.;

The parties shall meet and confer and file a joint case management conference statement on or before January 24, 2011.

**IT IS SO ORDERED.**

Dated: September 28, 2010

        _____
        Honorable Thelton E. Henderson
        United States District Judge

*[Signature and seal: Judge Thelton E. Henderson, United States District Court, Northern District of California]*