SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
FRED R. PUGLISI, Cal. Bar No. 121822
fpuglisi@sheppardmullin.com
VALERIE E. ALTER, Cal. Bar No. 239905
valter@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, California  90067-6017
Telephone:   310-228-3700
Facsimile:    310-228-3701

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JAMES J. MITTERMILLER, Cal. Bar No. 85177
jmittermiller@sheppardmullin.com
FRANK J. POLEK, Cal. Bar No. 167852
fpolek@sheppardmullin.com
501 West Broadway, 19th Floor
San Diego, CA 92101
Telephone:   619-338-6500
Facsimile:    619-234-3815

Attorneys for Defendant,
SPRINT SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDOLPH THOMAS, Individually and on behalf of all others similarly situated,,<br><br>             Plaintiff,<br><br>     v.<br><br>SPRINT SOLUTIONS, INC., d/b/a SPRINT, SPRINT PCS and/or NEXTEL,<br><br>             Defendants. | Case No. CV 08 5119 TEH<br><br>**STIPULATION & [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br><br>Dept:  12<br>Judge:  Hon. Thelton Henderson<br><br>[Complaint Filed:  November 10, 2008] |

# **STIPULATION**

WHEREAS, on June 9, 2010, the Court entered an order scheduling a case management conference on October 4, 2010 for control purposes, and ordered the parties to advise the Court in a stipulated request to continue the case management conference for not more than 120 days if the FCC matter has yet to be resolved by that date;

WHEREAS, on September 28, 2010, the Court entered an order continuing the case management conference to January 31, 2011 at 1:30 p.m. and ordered that the parties file a joint case management conference statement on or before January 24, 2011;

WHEREAS, the FCC matter has not yet been resolved as of the date of filing of this Stipulation;

The parties STIPULATE that the case management conference shall be continued to April 25, 2011 at 1:30 p.m., unless the FCC resolves the matter prior to that date, in which case the parties will contact the Court within two weeks of the FCC's ruling and request a case management conference with this Court within the earliest reasonable time frame.

Dated: January 21, 2011

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  /s Fred R. Puglisi

FRED R. PUGLISI
Attorneys for Defendant
SPRINT SOLUTIONS, INC.

Dated: January 21, 2011

                                  Hagens Berman Sobol Shapiro LLP

                    By              /s Shana Scarlett

                                  Attorneys for Plaintiffs
                        RUDOLPH THOMAS and ASHLEE SMITH

**[~~PROPOSED~~] ORDER**

The Case Management Conference currently set for January 31, 2011 is continued to April 25, 2011 at 1:30 p.m.;

The parties shall meet and confer and file a joint case management conference statement on or before April 18, 2011.

**IT IS SO ORDERED.**

Dated: January 24, 2011

Judge Thelton E. Henderson