SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
FRED R. PUGLISI, Cal. Bar No. 121822
fpuglisi@sheppardmullin.com
VALERIE E. ALTER, Cal. Bar No. 239905
valter@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, California  90067-6017
Telephone:   310-228-3700
Facsimile:   310-228-3701

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JAMES J. MITTERMILLER, Cal. Bar No. 85177
jmittermiller@sheppardmullin.com
FRANK J. POLEK, Cal. Bar No. 167852
fpolek@sheppardmullin.com
501 West Broadway, 19th Floor
San Diego, CA 92101
Telephone:   619-338-6500
Facsimile:   619-234-3815

Attorneys for Defendant,
SPRINT SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDOLPH THOMAS, Individually and on behalf of all others similarly situated,,<br><br>Plaintiff,<br><br>v.<br><br>SPRINT SOLUTIONS, INC., d/b/a SPRINT, SPRINT PCS and/or NEXTEL,<br><br>Defendants. | Case No. CV 08 5119 TEH<br><br>**STIPULATION & [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br><br>Dept:  12<br>Judge:  Hon. Thelton Henderson<br><br>[Complaint Filed:  November 10, 2008] |

**STIPULATION**

1      WHEREAS, on June 9, 2010, the Court entered an order scheduling a case management conference on October 4, 2010 for control purposes, and ordered the parties to advise the Court in a stipulated request to continue the case management conference for not more than 120 days if the FCC matter has yet to be resolved by that date;

2      WHEREAS, on September 28, 2010, the Court entered an order continuing the case management conference to January 31, 2011 at 1:30 p.m. and ordered that the parties file a joint case management conference statement on or before January 24, 2011;

3      WHEREAS, on January 25, 2011, the Court entered an order continuing the case management conference to April 25, 2011 at 1:30 p.m. and ordered that the parties file a joint case management conference statement on or before April 18, 2011;

4      WHEREAS, the FCC matter has not yet been resolved as of the date of filing of this Stipulation;

5      WHEREAS, Plaintiff intends to file a Motion to Lift the Stay in this case, which Sprint contends is improper and intends to oppose;

     The parties STIPULATE that the case management conference shall be continued to June 20, 2011 at 1:30 p.m., or any date thereafter convenient for the Court's calendar, and the hearing on Plaintiff's Motion to Lift the Stay shall be heard on the same date at the same time, unless the FCC resolves the matter prior to that date, in which case the parties will contact the Court within two weeks of the FCC's

1 ruling and request a case management conference with this Court within the earliest
2 reasonable time frame.
3
4 Dated: April 14, 2011

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By      /s Fred R. Puglisi

FRED R. PUGLISI
Attorneys for Defendant
SPRINT SOLUTIONS, INC.

Dated: April 14, 2011

Meade & Schrag LLP

By      /s Michael Schrag

Attorneys for Plaintiffs
RUDOLPH THOMAS and ASHLEE SMITH

## [~~PROPOSED~~] ORDER

The Case Management Conference currently set for April 25, 2011 is continued to June 20, 2011 at ~~1:30 p.m.~~; 10:00 a.m.

Plaintiff shall notice his Motion to Lift the Stay, if any, for June 20, 2011 at ~~1:30 p.m.~~; 10:00 a.m.

The parties shall meet and confer and file a joint case management conference statement on or before June 13, 2011.

**IT IS SO ORDERED.**

Dated: April 19, 2011



Judge Thelton E. Henderson
United States District Judge