SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
FRED R. PUGLISI, Cal. Bar No. 121822
fpuglisi@sheppardmullin.com
VALERIE E. ALTER, Cal. Bar No. 239905
valter@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, California  90067-6017
Telephone:   310-228-3700
Facsimile:    310-228-3701

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JAMES J. MITTERMILLER, Cal. Bar No. 85177
jmittermiller@sheppardmullin.com
FRANK J. POLEK, Cal. Bar No. 167852
fpolek@sheppardmullin.com
501 West Broadway, 19th Floor
San Diego, CA 92101
Telephone:   619-338-6500
Facsimile:    619-234-3815

Attorneys for Defendant,
SPRINT SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDOLPH THOMAS, Individually and on behalf of all others similarly situated,, <br><br> Plaintiff, <br><br> v. <br><br> SPRINT SOLUTIONS, INC., d/b/a SPRINT, SPRINT PCS and/or NEXTEL, <br><br> Defendants. | Case No. CV 08 5119 TEH <br><br> **STIPULATION & [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** <br><br><br> Dept:  12 <br> Judge:  Hon. Thelton Henderson <br><br> [Complaint Filed:  November 10, 2008] |

# **STIPULATION**

WHEREAS, on June 9, 2010, the Court entered an order scheduling a case management conference on October 4, 2010 for control purposes, and ordered the parties to advise the Court in a stipulated request to continue the case management conference for not more than 120 days if the FCC matter has yet to be resolved by that date;

WHEREAS, on September 28, 2010, the Court entered an order continuing the case management conference to January 31, 2011 at 1:30 p.m. and ordered that the parties file a joint case management conference statement on or before January 24, 2011;

WHEREAS, on January 25, 2011, the Court entered an order continuing the case management conference to April 25, 2011 at 1:30 p.m. and ordered that the parties file a joint case management conference statement on or before April 18, 2011;

WHEREAS, on April 19, 2011, the Court entered an order continuing the case management conference to June 20, 2011 at 1:00 a.m. and ordered that the parties file a joint case management conference statement on or before June 13, 2011;

WHEREAS, the FCC matter has not yet been resolved as of the date of filing of this Stipulation;

The parties STIPULATE that the case management conference shall be continued to August 22, 2011 at 1:30 p.m., or any date thereafter convenient for the Court's calendar, unless the FCC resolves the matter prior to that date, in which case

1  the parties will contact the Court within two weeks of the FCC's ruling and request
2  a case management conference with this Court within the earliest reasonable time
3  frame.
4
5       If and when Plaintiffs move to lift the stay in this matter, Sprint Solutions
6  will move to extend the stay and request that the Court refer Plaintiffs' claims to
7  arbitration in accordance with the provisions of Plaintiffs' contracts with Sprint
8  Solutions and the very recently decided case of *AT&T Mobility, LLC v. Concepcion*,
9  __ U.S. __, 131 S.Ct. 1740 (2011).  Sprint Solutions understands that Plaintiffs will
10 oppose such a motion.
11
12 Dated:  June 13, 2011
13                       SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
14
15                       By         /s Fred R. Puglisi
16
17                                FRED R. PUGLISI
                             Attorneys for Defendant
18                            SPRINT SOLUTIONS, INC.
19
20 Dated:  June 13, 2011
21
22                       Meade & Schrag LLP
23
24                       By         /s Michael Schrag
25                              Attorneys for Plaintiffs
26                      RUDOLPH THOMAS and ASHLEE SMITH
27
28

**[~~PROPOSED~~] ORDER**

The Case Management Conference currently set for June 20, 2011 is continued to August 22, 2011 at 1:30 p.m.;

The parties shall meet and confer and file a joint case management conference statement on or before August 8, 2011.

**IT IS SO ORDERED.**

Dated: June 13, 2011



_____
Honorable Thelton E. Henderson
United States District Court Judge