SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
FRED R. PUGLISI, Cal. Bar No. 121822
fpuglisi@sheppardmullin.com
VALERIE E. ALTER, Cal. Bar No. 239905
valter@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, California  90067-6017
Telephone:  310-228-3700
Facsimile:   310-228-3701

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JAMES J. MITTERMILLER, Cal. Bar No. 85177
jmittermiller@sheppardmullin.com
FRANK J. POLEK, Cal. Bar No. 167852
fpolek@sheppardmullin.com
501 West Broadway, 19th Floor
San Diego, CA 92101
Telephone:  619-338-6500
Facsimile:   619-234-3815

Attorneys for Defendant,
SPRINT SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDOLPH THOMAS, Individually and on behalf of all others similarly situated,,<br><br>Plaintiff,<br><br>v.<br><br>SPRINT SOLUTIONS, INC., d/b/a SPRINT, SPRINT PCS and/or NEXTEL,<br><br>Defendants. | Case No. CV 08 5119 TEH<br><br>**STIPULATION & [PROPOSED] ORDER RE CASE MANAGEMENT CONFERENCE**<br><br><br>Dept:  12<br>Judge:  Hon. Thelton Henderson<br><br>[Complaint Filed:  November 10, 2008] |

# STIPULATION

WHEREAS, on June 9, 2010, the Court entered an order scheduling a case management conference on October 4, 2010 for control purposes, and ordered the parties to advise the Court in a stipulated request to continue the case management conference for not more than 120 days if the FCC matter has yet to be resolved by that date;

WHEREAS, on September 28, 2010, the Court entered an order continuing the case management conference to January 31, 2011 at 1:30 p.m. and ordered that the parties file a joint case management conference statement on or before January 24, 2011;

WHEREAS, on January 25, 2011, the Court entered an order continuing the case management conference to April 25, 2011 at 1:30 p.m. and ordered that the parties file a joint case management conference statement on or before April 18, 2011;

WHEREAS, on April 19, 2011, the Court entered an order continuing the case management conference to June 20, 2011 at 1:00 p.m. and ordered that the parties file a joint case management conference statement on or before June 13, 2011;

WHEREAS, on June 13, 2011, the Court entered an order continuing the case management conference to August 22, 2011 at 1:30 p.m. and ordered that the parties file a joint case management conference statement on or before August 8, 2011;

WHEREAS, the FCC matter has not yet been resolved as of the date of filing of this Stipulation;

1  WHEREAS Sprint Solutions believes that the FCC proceedings will be
2 dispositive, in the event that they are not, then the recently decided case of *AT&T*
3 *Mobility, LLC v. Concepcion*, __ U.S. __, 131 S.Ct. 1740 (2011), applies in this
4 case.  Plaintiffs disagree that the *Concepcion* holding is applicable to this action.
5 Sprint Solutions requests the Court's guidance as to whether it should file its motion
6 to compel arbitration presently, or whether it should wait until after the FCC has
7 concluded proceedings.  Plaintiffs will oppose any motion to compel arbitration.
8
9  The parties STIPULATE as follows:
10
11  If the Court prefers that Sprint Solutions file its motion to compel arbitration
12 presently, the parties shall attend the case management conference set for
13 August 22, 2011 at 1:30 pm.  If, however, the Court prefers that Sprint Solutions file
14 its motion to compel arbitration after the FCC has concluded proceedings, the case
15 management conference shall be continued to October 24, 2011 at 1:30 p.m., or any
16 date thereafter convenient for the Court's calendar, unless the FCC resolves the
17 matter prior to that date, in which case the parties will contact the Court within two
18 weeks of the FCC's ruling and request a case management conference with this
19 Court within the earliest reasonable time frame.
20
21 Dated:  August 8, 2011
22                                              SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
23
24                                     By           /s Fred R. Puglisi
25
26                                              FRED R. PUGLISI
                                                Attorneys for Defendant
27                                              SPRINT SOLUTIONS, INC.
28

1  Dated:  August 8, 2011

2                                        Meade & Schrag LLP

3

4                                        By          /s Michael Schrag

5
                                            Attorneys for Plaintiffs
6                                        RUDOLPH THOMAS and ASHLEE SMITH

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## [~~PROPOSED~~] ORDER

(court to check all that apply)

☐ The Court prefers that Sprint Solutions file its motion to compel arbitration presently. The parties shall attend the case management conference set for August 22, 2011 at 1:30 pm.

☒ The Court prefers that Sprint Solutions file its motion to compel arbitration after the FCC has concluded proceedings. The case management conference is continued to October 24, 2011 at 1:30 p.m. The parties shall meet and confer and file a joint case management conference statement on or before October 10, 2011.

**IT IS SO ORDERED.**

Dated: August  9 , 2011



Judge Thelton E. Henderson
United States District Judge