SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
FRED R. PUGLISI, Cal. Bar No. 121822
fpuglisi@sheppardmullin.com
VALERIE E. ALTER, Cal. Bar No. 239905
valter@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, California  90067-6017
Telephone:   310-228-3700
Facsimile:    310-228-3701

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JAMES J. MITTERMILLER, Cal. Bar No. 85177
jmittermiller@sheppardmullin.com
FRANK J. POLEK, Cal. Bar No. 167852
fpolek@sheppardmullin.com
501 West Broadway, 19th Floor
San Diego, CA 92101
Telephone:   619-338-6500
Facsimile:    619-234-3815

Attorneys for Defendant,
SPRINT SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDOLPH THOMAS, Individually and on behalf of all others similarly situated,,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>SPRINT SOLUTIONS, INC., d/b/a SPRINT, SPRINT PCS and/or NEXTEL,<br><br>　　　　Defendants. | Case No. CV 08 5119 TEH<br><br>**STIPULATION & [~~PROPOSED~~] ORDER RE CASE MANAGEMENT CONFERENCE**<br><br>AS MODIFIED BY THE COURT<br><br>Dept:   12<br>Judge:  Hon. Thelton Henderson<br><br>[Complaint Filed:  November 10, 2008] |

**STIPULATION**

WHEREAS, on June 9, 2010, the Court entered an order scheduling a case management conference on October 4, 2010 for control purposes, and ordered the parties to advise the Court in a stipulated request to continue the case management conference for not more than 120 days if the FCC matter has yet to be resolved by that date;

WHEREAS, on September 28, 2010, the Court entered an order continuing the case management conference to January 31, 2011 at 1:30 p.m. and ordered that the parties file a joint case management conference statement on or before January 24, 2011;

WHEREAS, on January 25, 2011, the Court entered an order continuing the case management conference to April 25, 2011 at 1:30 p.m. and ordered that the parties file a joint case management conference statement on or before April 18, 2011;

WHEREAS, on April 19, 2011, the Court entered an order continuing the case management conference to June 20, 2011 at 1:00 p.m. and ordered that the parties file a joint case management conference statement on or before June 13, 2011;

WHEREAS, on June 13, 2011, the Court entered an order continuing the case management conference to August 22, 2011 at 1:30 p.m. and ordered that the parties file a joint case management conference statement on or before August 8, 2011;

WHEREAS, on August 9, 2011, the Court entered an order specifying its preference that Sprint Solutions file a motion to compel arbitration after the FCC

1  has concluded proceedings, and continuing the case management conference to
2  October 24, 2011 at 1:30 p.m. and further ordered the parties to file a joint case
3  management conference statement on or before October 10, 2011;

5      WHEREAS, the FCC matter has not yet been resolved as of the date of filing
6  of this Stipulation;

8      The parties STIPULATE that the case management conference shall be
9  continued to February 20, 2012 at 1:30 p.m., or any date thereafter convenient for
10 the Court's calendar, unless the FCC resolves the matter prior to that date, in which
11 case the parties will contact the Court within two weeks of the FCC's ruling and
12 request a case management conference with this Court within the earliest reasonable
13 time frame.

15 Dated: October 6, 2011

16                       SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

18               By        /s Fred R. Puglisi
19                       FRED R. PUGLISI
                      Attorneys for Defendant
20                       SPRINT SOLUTIONS, INC.
21 Dated: October 6, 2011

22               Meade & Schrag LLP

24               By        /s Michael Schrag
25                       Attorneys for Plaintiffs
                      RUDOLPH THOMAS and ASHLEE SMITH

## [~~PROPOSED~~] ORDER

The Case Management Conference currently set for October 24, 2011 is continued to February 27, 2012 at 1:30 p.m.;

The parties shall meet and confer and file a joint case management conference statement on or before February 17, 2012.

**IT IS SO ORDERED.**

Dated: October  6 , 2011



_____
Hon. Thelton E. Henderson
United States District Judge