1
2
3
4
5
6
7
8
9
10
11

12           UNITED STATES DISTRICT COURT

13           NORTHERN DISTRICT OF CALIFORNIA

14  RUDOLPH THOMAS, ASHELEE SMITH           )   No. 08-cv-05119 TEH
    AND REGINA SHIELDS, Individually and on )
15  behalf of all others similarly situated,)
                                            )
                                            )   STIPULATION AND [~~PROPOSED~~]
16                             Plaintiff,   )   ORDER RE CASE MANAGEMENT
                                            )   CONFERENCE
17       v.                                 )
                                            )   **IT IS SO ORDERED AS MODIFIED**
18  SPRINT SOLUTIONS, INC. dba SPRINT,      )
    SPRINT PCS and/or NEXTEL,               )
19                                          )
                               Defendant.   )   ACTION FILED: November 10, 2008
20  _____)

21
22
23
24
25
26
27
28

010082-11  503468 V1

1  WHEREAS, on June 9, 2010, the Court entered an order scheduling a case management
2  conference on October 4, 2010, for control purposes, and ordered the parties to advise the Court in
3  a stipulated request to continue the case management conference for not more than 120 days if the
4  FCC matter had yet to be resolved by that date;

5  WHEREAS, on September 28, 2010, the Court entered an order continuing the case
6  management conference to January 31, 2011, at 1:30 p.m. and ordered that the parties file a joint
7  case management conference statement on or before January 24, 2011;

8  WHEREAS, on January 25, 2011, the Court entered an order continuing the case
9  management conference to April 25, 2011, at 1:30 p.m. and ordered that the parties file a joint case
10  management conference statement on or before April 18, 2011;

11  WHEREAS, on April 19, 2011, the Court entered an order continuing the case management
12  conference to June 20, 2011, at 1:00 p.m. and ordered that the parties file a joint case management
13  conference statement on or before June 13, 2011;

14  WHEREAS, on June 13, 2011, the Court entered an order continuing the case management
15  conference to August 22, 2011, at 1:30 p.m. and ordered that the parties file a joint case
16  management conference statement on or before August 8, 2011;

17  WHEREAS, on August 9, 2011, the Court entered an order specifying its preference that
18  Sprint Solutions file a motion to compel arbitration after the FCC has concluded proceedings, and
19  continuing the case management conference to October 24, 2011, at 1:30 p.m. and further ordered
20  the parties to file a joint case management conference statement on or before October 10, 2011;

21  WHEREAS, on October 7, 2011, the Court entered an order continuing the case
22  management conference to February 27, 2012, at 1:30 p.m. and ordered that the parties file a joint
23  case management conference statement on or before February 17, 2012;

24  WHEREAS, the FCC matter has not yet been resolved as of the date of filing of this
25  Stipulation;

26  The parties STIPULATE that the case management conference shall be continued to
27  Monday, May 21, 2012, at 1:30 p.m., or any date thereafter convenient for the Court's calendar,

28
STIPULATION AND [PROPOSED] ORDER CONTINUING         - 1 -
CASE MANAGEMENT CONFERENCE - 08-cv-05119 TEH
010082-11  503468 V1

1  unless the FCC resolves the matter prior to that date, in which case the parties will contact the

2  Court within two weeks of the FCC's ruling and request a case management conference with this

3  Court within the earliest reasonable time frame.

4  **IT IS SO STIPULATED.**

5

6  DATED: February 17, 2012                HAGENS BERMAN SOBOL SHAPIRO LLP

7                                          By _____/s/ Shana E. Scarlett_____
                                                   SHANA E. SCARLETT
8

9                                          715 Hearst Avenue, Suite 202
                                           Berkeley, CA 94710
10                                         Telephone: (510) 725-3000
                                           Facsimile: (510) 725-3001
11                                         shanas@hbsslaw.com

12                                         Michael Schrag (185832)
                                           Tyler Meade (160838)
13                                         MEADE & SCHRAG LLP
                                           1816 Fifth Street
14                                         Berkeley, CA 94710
                                           Telephone: (510) 843-3670
15                                         Facsimile: (510) 843-3679
                                           michael@meadeschrag.com
16                                         tyler@meadeschrag.com

17                                         Attorneys for Plaintiffs RUDOLPH THOMAS and
                                           ASHELEE SMITH
18

19  DATED: February 17, 2012               SHEPPARD, MULLIN, RICHTER & HAMPTION LLP

20

21                                         By _____/s/ Fred R. Puglisi_____
                                                   FRED R. PUGLISI
22
                                           1901 Avenue of the Stars, Suite 1600
23                                         Los Angeles, CA 90067-6017
                                           Telephone: (310) 228-3700
24                                         Facsimile: (310) 228-3701
                                           fpuglisi@sheppardmullin.com
25
                                           Attorneys for Defendant SPRINT SOLUTIONS, INC.
26

27

28

STIPULATION AND [PROPOSED] ORDER CONTINUING         - 2 -
CASE MANAGEMENT CONFERENCE - - 08-cv-05119 TEH
010082-11 503468 V1

1  I, Shana E. Scarlett, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER RE CASE MANAGEMENT CONFERENCE. In compliance with General Order 45, X.B., I hereby attest that Fred R. Puglisi has concurred in this filing.

\* \* \*

IT IS SO ORDERED.

DATED: 02/21/2012

_____
HONORABLE THELTON E. HENDERSON
UNITED STATES DISTRICT COURT JUDGE

*[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Thelton E. Henderson]*

The case management conference is continued to May 21, 2012, at 1:30 p.m. The parties shall file a joint case management conference statement on or before May 14, 2012.

STIPULATION AND [PROPOSED] ORDER CONTINUING - 3 -
CASE MANAGEMENT CONFERENCE - - 08-cv-05119 TEH
010082-11  503468 V1