1
2
3
4
5
6
7
8
9
10
11
12                    UNITED STATES DISTRICT COURT
13                   NORTHERN DISTRICT OF CALIFORNIA

14  RUDOLPH THOMAS, ASHELEE SMITH            )    No. 08-cv-05119 TEH
    AND REGINA SHIELDS, Individually and on  )
15  behalf of all others similarly situated, )
                                             )    STIPULATION AND [~~PROPOSED~~]
16                              Plaintiff,   )    ORDER RE CASE MANAGEMENT
                                             )    CONFERENCE
17         v.                                )
                                             )    **IT IS SO ORDERED AS MODIFIED**
18  SPRINT SOLUTIONS, INC. dba SPRINT,       )
    SPRINT PCS and/or NEXTEL,                )
19                                           )
                                             )
20                              Defendant.   )    ACTION FILED: November 10, 2008
                                             )

21
22
23
24
25
26
27
28

010082-11  503468 V1

1    WHEREAS, on June 9, 2010, the Court entered an order scheduling a case management conference on October 4, 2010, for control purposes, and ordered the parties to advise the Court in a stipulated request to continue the case management conference for not more than 120 days if the FCC matter had yet to be resolved by that date;

WHEREAS, on September 28, 2010, the Court entered an order continuing the case management conference to January 31, 2011, at 1:30 p.m. and ordered that the parties file a joint case management conference statement on or before January 24, 2011;

WHEREAS, on January 25, 2011, the Court entered an order continuing the case management conference to April 25, 2011, at 1:30 p.m. and ordered that the parties file a joint case management conference statement on or before April 18, 2011;

WHEREAS, on April 19, 2011, the Court entered an order continuing the case management conference to June 20, 2011, at 1:00 p.m. and ordered that the parties file a joint case management conference statement on or before June 13, 2011;

WHEREAS, on June 13, 2011, the Court entered an order continuing the case management conference to August 22, 2011, at 1:30 p.m. and ordered that the parties file a joint case management conference statement on or before August 8, 2011;

WHEREAS, on August 9, 2011, the Court entered an order specifying its preference that Sprint Solutions file a motion to compel arbitration after the FCC has concluded proceedings, and continuing the case management conference to October 24, 2011, at 1:30 p.m. and further ordered the parties to file a joint case management conference statement on or before October 10, 2011;

WHEREAS, on October 7, 2011, the Court entered an order continuing the case management conference to February 27, 2012, at 1:30 p.m. and ordered that the parties file a joint case management conference statement on or before February 17, 2012;

WHEREAS, the FCC matter has not yet been resolved as of the date of filing of this Stipulation;

The parties STIPULATE that the case management conference shall be continued to Monday, May 21, 2012, at 1:30 p.m., or any date thereafter convenient for the Court's calendar,

STIPULATION AND [PROPOSED] ORDER CONTINUING    - 1 -
CASE MANAGEMENT CONFERENCE - 08-cv-05119 TEH
010082-11  503468 V1

1  unless the FCC resolves the matter prior to that date, in which case the parties will contact the

2  Court within two weeks of the FCC's ruling and request a case management conference with this

3  Court within the earliest reasonable time frame.

4  **IT IS SO STIPULATED.**

5

6  DATED: February 17, 2012                HAGENS BERMAN SOBOL SHAPIRO LLP

7                                          By _____/s/ Shana E. Scarlett_____
                                                    SHANA E. SCARLETT
8

9                                          715 Hearst Avenue, Suite 202
                                            Berkeley, CA 94710
10                                          Telephone: (510) 725-3000
                                            Facsimile:  (510) 725-3001
11                                          shanas@hbsslaw.com

12                                          Michael Schrag (185832)
                                            Tyler Meade (160838)
13                                          MEADE & SCHRAG LLP
                                            1816 Fifth Street
14                                          Berkeley, CA  94710
                                            Telephone: (510) 843-3670
15                                          Facsimile:  (510) 843-3679
                                            michael@meadeschrag.com
16                                          tyler@meadeschrag.com

17                                          Attorneys for Plaintiffs RUDOLPH THOMAS and
                                            ASHELEE SMITH
18

19  DATED: February 17, 2012                SHEPPARD, MULLIN, RICHTER & HAMPTION LLP

20
                                            By _____/s/ Fred R. Puglisi_____
21                                                  FRED R. PUGLISI

22                                          1901 Avenue of the Stars, Suite 1600
                                            Los Angeles, CA 90067-6017
23                                          Telephone: (310) 228-3700
                                            Facsimile:  (310) 228-3701
24                                          fpuglisi@sheppardmullin.com

25                                          Attorneys for Defendant SPRINT SOLUTIONS, INC.

26

27

28

STIPULATION AND [PROPOSED] ORDER CONTINUING      - 2 -
CASE MANAGEMENT CONFERENCE -  - 08-cv-05119 TEH
010082-11 503468 V1

1    I, Shana E. Scarlett, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER RE CASE MANAGEMENT CONFERENCE.  In compliance with General Order 45, X.B., I hereby attest that Fred R. Puglisi has concurred in this filing.

\*   \*   \*

IT IS SO ORDERED.

DATED:   02/21/2012



HONORABLE THELTON E. HENDERSON
UNITED STATES DISTRICT COURT JUDGE

The case management conference is continued to May 21, 2012, at 1:30 p.m. The parties shall file a joint case management conference statement on or before May 14, 2012.

STIPULATION AND [PROPOSED] ORDER CONTINUING    - 3 -
CASE MANAGEMENT CONFERENCE -  - 08-cv-05119 TEH
010082-11  503468 V1