1
2
3
4
5
6
7
8
9
10
11
12                     UNITED STATES DISTRICT COURT
13                     NORTHERN DISTRICT OF CALIFORNIA
14  RUDOLPH THOMAS, ASHELEE SMITH   )   No. 08-cv-05119 TEH
    AND REGINA SHIELDS, Individually and on )
15  behalf of all others similarly situated, )
                                    )       STIPULATION AND [~~PROPOSED~~]
16                        Plaintiff, )      ORDER RE CASE MANAGEMENT
                                    )       CONFERENCE
17        v.                        )
                                    )
18  SPRINT SOLUTIONS, INC. dba SPRINT, )    **IT IS SO ORDERED AS MODIFIED**
    SPRINT PCS and/or NEXTEL,       )
19                                  )
                         Defendant. )       ACTION FILED:  November 10, 2008
20                                  )
21
22
23
24
25
26
27
28

010082-11  524627 V1

1    WHEREAS, on June 9, 2010, the Court entered an order scheduling a case management
2 conference on October 4, 2010, for control purposes, and ordered the parties to advise the Court in
3 a stipulated request to continue the case management conference for not more than 120 days if the
4 FCC matter had yet to be resolved by that date;
5    WHEREAS, on September 28, 2010, the Court entered an order continuing the case
6 management conference to January 31, 2011, at 1:30 p.m. and ordered that the parties file a joint
7 case management conference statement on or before January 24, 2011;
8    WHEREAS, on January 25, 2011, the Court entered an order continuing the case
9 management conference to April 25, 2011, at 1:30 p.m. and ordered that the parties file a joint case
10 management conference statement on or before April 18, 2011;
11    WHEREAS, on April 19, 2011, the Court entered an order continuing the case management
12 conference to June 20, 2011, at 1:00 p.m. and ordered that the parties file a joint case management
13 conference statement on or before June 13, 2011;
14    WHEREAS, on June 13, 2011, the Court entered an order continuing the case management
15 conference to August 22, 2011, at 1:30 p.m. and ordered that the parties file a joint case
16 management conference statement on or before August 8, 2011;
17    WHEREAS, on August 9, 2011, the Court entered an order specifying its preference that
18 Sprint Solutions file a motion to compel arbitration after the FCC has concluded proceedings, and
19 continuing the case management conference to October 24, 2011, at 1:30 p.m. and further ordered
20 the parties to file a joint case management conference statement on or before October 10, 2011;
21    WHEREAS, on October 7, 2011, the Court entered an order continuing the case
22 management conference to February 27, 2012, at 1:30 p.m. and ordered that the parties file a joint
23 case management conference statement on or before February 17, 2012;
24    WHEREAS, on February 17, 2012, the Court entered an order continuing the case
25 management conference to June 11, 2012, at 1:30pm and ordered that the parties file a joint case
26 management conference statement on or before June 4, 2012;

1    WHEREAS, the FCC matter has not yet been resolved as of the date of filing of this

2 Stipulation;

3    The parties STIPULATE that the case management conference shall be continued to

4 Monday, September 10, 2012, at 1:30 p.m., or any date thereafter convenient for the Court's

5 calendar, unless the FCC resolves the matter prior to that date, in which case the parties will

6 contact the Court within two weeks of the FCC's ruling and request a case management conference

7 with this Court within the earliest reasonable time frame.

8    **IT IS SO STIPULATED.**

10   DATED: June 4, 2012                     HAGENS BERMAN SOBOL SHAPIRO LLP

11                                          By _____/s/ Shana E. Scarlett_____
                                                 SHANA E. SCARLETT
12
                                            715 Hearst Avenue, Suite 202
13                                          Berkeley, CA 94710
                                            Telephone: (510) 725-3000
14                                          Facsimile:  (510) 725-3001
                                            shanas@hbsslaw.com
15
                                            Michael Schrag (185832)
16                                          Tyler Meade (160838)
                                            MEADE & SCHRAG LLP
17                                          1816 Fifth Street
                                            Berkeley, CA  94710
18                                          Telephone: (510) 843-3670
                                            Facsimile:  (510) 843-3679
19                                          michael@meadeschrag.com
                                            tyler@meadeschrag.com
20
                                            Attorneys for Plaintiffs RUDOLPH THOMAS and
21                                          ASHELEE SMITH

DATED: June 4, 2012

SHEPPARD, MULLIN, RICHTER & HAMPTION LLP

By _____/s/ Fred R. Puglisi_____
      FRED R. PUGLISI

1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067-6017
Telephone: (310) 228-3700
Facsimile: (310) 228-3701
fpuglisi@sheppardmullin.com

Attorneys for Defendant SPRINT SOLUTIONS, INC.

I, Shana E. Scarlett, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER RE CASE MANAGEMENT CONFERENCE. In compliance with General Order 45, X.B., I hereby attest that Fred R. Puglisi has concurred in this filing.

*     *     *

**ORDER**

The case management conference is continued to Monday, December 10, 2012, at 1:30 p.m. A joint case management conference statement shall be filed on or before Monday, December 3, 2012.

IT IS SO ORDERED.

DATED: 06/05/2012

_____
HON. THELTON E. HENDERSON
UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED AS MODIFIED*
*Judge Thelton E. Henderson*

STIPULATION AND [PROPOSED] ORDER CONTINUING
CASE MANAGEMENT CONFERENCE -   - 08-cv-05119 TEH

- 3 -

010082-11 524627 V1