1
2
3
4
5
6
7
8
9
10
11
12                    UNITED STATES DISTRICT COURT
13                    NORTHERN DISTRICT OF CALIFORNIA

14  RUDOLPH THOMAS, ASHELEE SMITH       )   No. 08-cv-05119 TEH
    AND REGINA SHIELDS, Individually and on  )
15  behalf of all others similarly situated,  )
                                         )   STIPULATION AND [PROPOSED]
16                          Plaintiff,   )   ORDER RE CASE MANAGEMENT
                                         )   CONFERENCE
17           v.                          )
                                         )
18  SPRINT SOLUTIONS, INC. dba SPRINT,   )
    SPRINT PCS and/or NEXTEL,            )
19                                       )
                            Defendant.   )   ACTION FILED: November 10, 2008
20  _____ )

21
22
23
24
25
26
27
28

010082-12  568783 V1

1  WHEREAS, on June 9, 2010, the Court entered an order scheduling a case management
2  conference on October 4, 2010, for control purposes, and ordered the parties to advise the Court in
3  a stipulated request to continue the case management conference for not more than 120 days if the
4  FCC matter had yet to be resolved by that date;

5  WHEREAS, on September 28, 2010, the Court entered an order continuing the case
6  management conference to January 31, 2011, at 1:30 p.m. and ordered that the parties file a joint
7  case management conference statement on or before January 24, 2011;

8  WHEREAS, on January 25, 2011, the Court entered an order continuing the case
9  management conference to April 25, 2011, at 1:30 p.m. and ordered that the parties file a joint case
10 management conference statement on or before April 18, 2011;

11 WHEREAS, on April 19, 2011, the Court entered an order continuing the case management
12 conference to June 20, 2011, at 1:00 p.m. and ordered that the parties file a joint case management
13 conference statement on or before June 13, 2011;

14 WHEREAS, on June 13, 2011, the Court entered an order continuing the case management
15 conference to August 22, 2011, at 1:30 p.m. and ordered that the parties file a joint case
16 management conference statement on or before August 8, 2011;

17 WHEREAS, on August 9, 2011, the Court entered an order specifying its preference that
18 Sprint Solutions file a motion to compel arbitration after the FCC has concluded proceedings, and
19 continuing the case management conference to October 24, 2011, at 1:30 p.m. and further ordered
20 the parties to file a joint case management conference statement on or before October 10, 2011;

21 WHEREAS, on October 7, 2011, the Court entered an order continuing the case
22 management conference to February 27, 2012, at 1:30 p.m. and ordered that the parties file a joint
23 case management conference statement on or before February 17, 2012;

24 WHEREAS, on February 21, 2012, the Court entered an order, subsequently amended by a
25 Clerk's Notice, continuing the case management conference to June 11, 2012, at 1:30 p.m. and
26 ordered that the parties file a joint case management conference statement on or before June 4,
27 2012;

28
STIPULATION AND [PROPOSED] ORDER RE CASE                      - 1 -
MANAGEMENT CONFERENCE - 08-cv-05119 TEH
010082-12  568783 V1

WHEREAS, on June 5, 2012, the Court entered an order continuing the case management conference to December 10, 2012, at 1:30 p.m. and ordered that the parties file a joint case management conference statement on or before December 3, 2012;

WHEREAS, the FCC matter has not yet been resolved as of the date of filing of this Stipulation;

The parties STIPULATE that the case management conference shall be continued to Monday, June 3, 2013, at 1:30 p.m., or any date thereafter convenient for the Court's calendar, unless the FCC resolves the matter prior to that date, in which case the parties will contact the Court within two weeks of the FCC's ruling and request a case management conference with this Court within the earliest reasonable time frame.

**IT IS SO STIPULATED.**

DATED:  November 30, 2012            HAGENS BERMAN SOBOL SHAPIRO LLP

By _____/s/ Shana E. Scarlett_____
        SHANA E. SCARLETT

715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone:  (510) 725-3000
Facsimile:   (510) 725-3001
shanas@hbsslaw.com

Michael Schrag (185832)
Tyler Meade (160838)
MEADE & SCHRAG LLP
1816 Fifth Street
Berkeley, CA  94710
Telephone:  (510) 843-3670
Facsimile:  (510) 843-3679
michael@meadeschrag.com
tyler@meadeschrag.com

Attorneys for Plaintiffs

DATED: November 30, 2012

SHEPPARD, MULLIN, RICHTER & HAMPTION LLP

By _____/s/ Fred R. Puglisi_____
   FRED R. PUGLISI

1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067-6017
Telephone: (310) 228-3700
Facsimile: (310) 228-3701
fpuglisi@sheppardmullin.com

Attorneys for Defendant SPRINT SOLUTIONS, INC.

  I, Shana E. Scarlett, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER RE CASE MANAGEMENT CONFERENCE.  In compliance with General Order 45, X.B., I hereby attest that Fred R. Puglisi has concurred in this filing.

\*  \*  \*

**ORDER**

  The case management conference is continued to Monday, June 3, 2013, at 1:30 p.m. A joint case management conference statement shall be filed on or before Friday, May 24, 2013.

  IT IS SO ORDERED.

DATED: 12/03/2012

_____
HONORABLE THELTON E. HENDERSON
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER RE CASE MANAGEMENT CONFERENCE - 08-cv-05119 TEH

- 3 -

010082-12  568783 V1