IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDOLPH THOMAS, et al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>SPRINT SOLUTIONS, INC.,<br><br>　　　　　Defendant. | NO. C08-5119 TEH<br><br>ORDER VACATING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT STATEMENT AFTER COMPLETION OF FCC PROCEEDINGS |

This case has been stayed since September 2, 2009, pending related proceedings before the Federal Communications Commission ("FCC"). It is not clear why the FCC proceedings have not yet been completed, nor is there any indication that the proceedings will conclude in the near future. Accordingly, with good cause appearing, IT IS HEREBY ORDERED that the June 3, 2013 case management conference is VACATED. IT IS FURTHER ORDERED that the parties shall file a joint statement within two weeks of the completion of the FCC proceedings. The Court will then set this matter for a case management conference.

**IT IS SO ORDERED.**

Dated: 05/28/13

　　　　　　　　　　　　　　　　　THELTON E. HENDERSON, JUDGE
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT